UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BRETT SHANE FROEBER,

    Plaintiff,

v.                                  Case No. 25-CV-309

UNITED FEDERAL CREDIT UNION,

    Defendant.

## ORDER

Brett Shane Froeber filed a complaint on February 28, 2025, naming United Federal Credit Union as the defendant. (ECF No. 1.) On August 4, 2025, the court granted the defendant's motion to dismiss and denied Froeber's motions. (ECF No. 15.)

That same day Froeber filed documents captioned "Motion for Declaratory Judgment" (ECF No. 17) and "Plaintiff's Notice and Demand for Judicial Notice and Exhibit Authentication" (ECF No. 18).

As the court noted in its decision dismissing this action, the court lacks personal jurisdiction over the defendant. Consequently, independent of the fact that the court has already dismissed this action, the court lacks jurisdiction to consider Froeber's motion for declaratory judgment.

Insofar as Froeber's filings could be construed as a motion for relief from judgment under Fed. R. Civ. P. 59(e), the motion is denied. The filings contain nothing to suggest that the court's conclusion that it lacked personal jurisdiction over the defendant was based on a manifest error of law or fact or that there exists newly discovered evidence that merits reconsideration of the court's decision. Accordingly, Froeber's motion (ECF No. 17) is denied.

**SO ORDERED.**

Dated at Green Bay, Wisconsin this 10th day of September, 2025.

*s/ Byron B. Conway*
BYRON B. CONWAY
United States District Judge
